# UNITED STATES DISTRICT COURT
### for the
### Central District of California

**ORIGINAL**

In the Matter of the Search of: Information associated with account identified as mark.sunday.3154, User ID: 100011511920069 that is within the possession, custody, or control of FACEBOOK, INC.   )
)
)
)
)
)
)

Case No. 19-MJ-5478

## WARRANT PURSUANT TO 18 U.S.C. § 2703

To:   Any Authorized Law Enforcement Officer

An application by a federal law enforcement officer requests the production and search of the following data:

   *See Attachment A-1*

The data to be produced and searched, described above, are believed to contain the following:

   *See Attachment B-1*

I find that the supporting affidavit, or any recorded testimony, establishes probable cause to produce and search the data described in Attachment A-1, and to seize the data described in Attachment B-1. Such affidavit is incorporated herein by reference.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE HEREBY COMMANDED** to serve this warrant on FACEBOOK, INC. at any time within 14 days from the date of its issuance.

**FACEBOOK, INC. IS HEREBY COMMANDED** to produce the information described in Attachment A within 10 calendar days of the date of service of this order. **FACEBOOK, INC. IS FURTHER COMMANDED** to comply with the further orders set forth in Attachment B-1.

The officer executing this warrant, or an officer present during the execution, shall prepare an inventory as required by law, and shall promptly return this warrant and the inventory to the United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE FURTHER COMMANDED** to perform the search of the data provided by FACEBOOK, INC. pursuant to the procedures set forth in Attachment B-1.

Date and time issued: 12/23/2019 at 3:16pm

City and State: Los Angeles, California

*Judge's signature*

Hon. John E. McDermott, U.S. Magistrate Judge
*Printed name and title*

AUSA: David T. Ryan ((213) 894-4491)

| | |
|---|---|
| **Return** | |
| Case No: 19-MJ-5478 | Date and time warrant served on provider: 12/23/2019  16:34 PST |
| Inventory made in the presence of: | |
| Inventory of data seized: [Please provide a description of the information produced.] Digital contents of Facebook account mark.sunday.3154, UID 100021511920069 | |
| **Certification** | |

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 2/18/2020

*Executing officer's signature*
Michael Gee, Special Agent
*Printed name and title*